| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Perhach, Katherine M. | United States District Court - Eastern District of Wisconsin | 08/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse and Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Partner | Quarles & Brady |
| 4. Vice Chair/Board of Directors | Pius XI Catholic HS |
| 5. Board of Directors | Ha Ha's Hero Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | Self-directed retirement account through former law firm (Quarles & Brady) |
| 2. 2010 | Partnership buyout agreement with former law firm (Quarles & Brady) regarding return of equity and payment of deferred fees. |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Self-employed (attorney) | $141,295.60 |
| 2. 2019 | Quarles & Brady (equity and fees returned) | $164,497.23 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Gray and Associates, LLP (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Bar Association | February 27 - March 1, 2019 | Kohler, Wisconsin | Non - FJC Educational Seminar | Travel, lodging, and meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Associated Banc Corp (cash) | A | Interest | L | T | | | | | |
| 3. BMO Harris Bank (cash) | A | Interest | N | T | | | | | |
| 4. PNC Bank (cash) | C | Interest | N | T | | | | | |
| 5. NWM Life Insurance Policy #1 (whole) | A | Dividend | J | T | | | | | |
| 6. NWM Life Insurance Policy #2 (whole) | A | Dividend | J | T | | | | | |
| 7. Watertown Properties Partnership (X) | A | Rent | K | W | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. GENERAL MONEY MKT DREYFUS FUND (GMBXX) (cash) (Y) | | | | | | | | | |
| 10. BAIRD FDIC INSURED DEPOSIT MULTI-BANK (cash) (X) | A | Interest | K | T | | | | | |
| 11. EDGEWOOD GROWTH INSTL CL (EGFIX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 12. | | | | | Sold (part) | 11/12/19 | J | A | |
| 13. AMERICAN CENTURY EQUITY INCOME CL I (ACIIX) | B | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 14. | | | | | Sold (part) | 11/12/19 | J | A | |
| 15. FMI LARGE CAP INSTL CL (FMIQX) | B | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 16. | | | | | Sold (part) | 11/12/19 | J | A | |
| 17. JOHN HANCOCK CLASSIC VALUE CL I (JCVIX) | B | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | HARBOR SMALL CAP VALUE INSTL CL (HASCX) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 19. | OAKMARK INTL INSTL CL (OANIX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 20. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 21. | ISHARES RUSSELL 2000 ETF (IWM) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 22. | ISHARES RUSSELL 1000 VALUE ETF (IWD) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 23. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 24. | ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 25. | | | | | | Sold (part) | 11/12/19 | J | B | |
| 26. | ISHARES RUSSELL MID CAP ETF (IWR) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 27. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 28. | LOOMIS SAYLES GROWTH CL Y (LSGRX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 29. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 30. | MFS INSTL INTL EQUITY (MIEIX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 31. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 32. | NUANCE MID CAP VALUE INSTL CL (NMVLX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 33. | | | | | | Sold (part) | 11/12/19 | J | A | |
| 34. | PARNASSUS MID CAP INSTL CL (PFPMX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 11/12/19 | J | A | |
| 36. PEAR TREE POLARIS FOREIGN VAL INSTL CL (QFVIX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 37. T ROWE PRICE GRWTH STK CL I (PRUFX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 38. | | | | | Sold (part) | 11/12/19 | J | A | |
| 39. PRINCIPAL MID CAP INSTL CL (PCBIX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | K | | |
| 40. | | | | | Sold (part) | 11/12/19 | J | A | |
| 41. VANGUARD FTSE DEV MKTS ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 42. VIRTUS KAR SMALL CAP GROWTH CL I (PXSGX) | A | Dividend | J | T | Buy (add'l) | 02/01/19 | J | | |
| 43. | | | | | Sold (part) | 11/12/19 | J | A | |
| 44. WELLS FARGO EMERG MKTS EQ I (EMGNX) | A | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 45. PRINCIPAL DIVERS REAL ASSET I (PDRDX) | B | Dividend | L | T | | | | | |
| 46. BAIRD SHORT TERM BOND INSTL CL (BSBIX) | C | Dividend | M | T | Buy (add'l) | 02/01/19 | M | | |
| 47. | | | | | Sold (part) | 08/26/19 | K | A | |
| 48. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 49. BLACKROCK HIGH YLD BD I (BHYIX) | B | Dividend | K | T | Buy (add'l) | 02/01/19 | J | | |
| 50. BLACKROCK STRATEGIC INCOME OPPTYS INSTL CL(BSIIX) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 51. | | | | | Buy (add'l) | 08/26/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 53. DODGE & COX INCOME (DODIX) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 54. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 55. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 56. METROPOLITAN WEST TOTAL RETURN BOND CL I (MWTIX) | B | Dividend | L | T | Buy (add'l) | 02/01/19 | L | | |
| 57. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 58. | | | | | Buy (add'l) | 11/12/19 | J | | |
| 59. IRA #2 (H) | | | | | | | | | |
| 60. GROWTH FUND OF AMERICA CL A (AGTHX) | B | Dividend | K | T | | | | | |
| 61. HARTFORD DIVIDEND & GROWTH CL A (HDGCX) | B | Dividend | K | T | | | | | |
| 62. IRA #3 (H) | | | | | | | | | |
| 63. DIPLOMAT PHARMACY INC (DPLO) | | None | J | T | | | | | |
| 64. IRA #4 (H) | | | | | | | | | |
| 65. US BANK INSURED DEPOSIT (cash) | | None | J | T | | | | | |
| 66. AT&T INC (T) | A | Dividend | | | Sold | 02/01/19 | J | | |
| 67. FIREEYE INC (FEYE) | | None | J | T | | | | | |
| 68. ETF MANGERS ETFMG PRIME CYBER SEC (HACK) | | None | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  IRA #5 (H) | | | | | | | | | |
| 70.  Wells Fargo Cap Grwth A (WFCGX) | B | Dividend | | | Sold | 09/20/19 | J | | |
| 71.  Wells Fargo Endeavor Select-A (STAEX) | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 72.  Wells Fargo Growth A (SGRAX) | B | Dividend | K | T | | | | | |
| 73.  Wells Fargo Small Cap Value A (SMVAX) | A | Dividend | | | Sold | 09/20/19 | J | | |
| 74.  Wells Fargo Small Company Value-A (SCVAX) | A | Dividend | J | T | Buy | 09/20/19 | J | | |
| 75.  Wells Fargo Asia Pacific A (WFAAX) | A | Dividend | | | Sold | 12/06/19 | J | | |
| 76.  Wells Fargo Govt Securities A (SGVDX) | A | Dividend | J | T | | | | | |
| 77.  IRA #6 (H) | | | | | | | | | |
| 78.  Wells Fargo Emerging Markets Equity Income-A (EQIAX) | A | Dividend | J | T | Buy | 12/06/19 | J | | |
| 79.  401k #1 (H) | | | | | | | | | |
| 80.  Vanguard Morgan Growth Fund Inv (VMRGX) | E | Dividend | | | Sold | 04/05/19 | N | | |
| 81.  Vanguard US Grwth Fd Inv (VWUSX) | E | Dividend | N | T | Buy | 04/05/19 | N | | |
| 82.  Vanguard Tot Bond Mkt Index Inst (VBTIX) | A | Dividend | K | T | | | | | |
| 83.  Vanguard Target Ret 2040 (VFORX) | D | Dividend | N | T | | | | | |
| 84.  Vanguard Tot Stock Mkt Idx Inst (VITSX) | B | Dividend | N | T | | | | | |
| 85.  401k #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | MFS Value Fund (MEIHX) | | None | K | T | | | | | |
| 87. | T. Rowe Price Growth Stock Fund (TRSAX) | | None | M | T | Buy (add'l) | 10/01/19 | K | | |
| 88. | American Century Mid Cap Value Fund (ACLAX) | | None | K | T | | | | | |
| 89. | State Street Russell SmCap Index Securities Lending | | None | | | Sold | 12/31/19 | K | | |
| 90. | T. Rowe Price Real Estate Fund (PAREX) | | None | | | Sold | 06/30/19 | K | | |
| 91. | 401k #3 (H) | | | | | | | | | |
| 92. | Vanguard Target Retirement Income (VTINX) (Y) | | | | | | | | | |
| 93. | Trust #1 (H) | | | | | | | | | |
| 94. | ALLIANT ENERGY CORP (LNT) | B | Dividend | L | T | | | | | |
| 95. | ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 96. | CHEVRON CORP (CVX) | B | Dividend | L | T | | | | | |
| 97. | COCA-COLA COMPANY (KO) | B | Dividend | L | T | | | | | |
| 98. | EXXON MOBIL CORP (XOM) | B | Dividend | K | T | | | | | |
| 99. | SENSIENT TECHNOLOGIES (SXT) | B | Dividend | L | T | | | | | |
| 100. | NUVEEN CORE PLUS BD CL C (FFAIX) | A | Dividend | | | Sold | 06/18/19 | J | | |
| 101. | TIAA CREF BOND PLUS RETAIL CL (TCBPX) | A | Dividend | L | T | Buy | 06/18/19 | J | | |
| 102. | Trust #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  US BANK INSURED DEPOSIT (cash) | A | Interest | K | T | | | | | |
| 104.  AT&T (T) (Y) | | | | | | | | | |
| 105.  CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 106.  COCA-COLA COMPANY (KO) | B | Dividend | L | T | | | | | |
| 107.  GENERAL ELECTRIC CO (GE) | A | Dividend | K | T | | | | | |
| 108.  MGE ENERGY INC (MGEE) | A | Dividend | J | T | | | | | |
| 109.  MATTEL INC (MAT) | | None | J | T | | | | | |
| 110.  NATIONAL BEVERAGE CORP (FIZZ) | | None | J | T | | | | | |
| 111.  SONOCO PRODUCTS CO (SON) | A | Dividend | J | T | | | | | |
| 112.  WABTEC (WAB) | A | Dividend | J | T | Spinoff<br>(from line 107) | 02/26/19 | J | | |
| 113.  WASTE MANAGEMENT INC (WM) | A | Dividend | J | T | | | | | |
| 114.  VERIZON COMMUNICATIONS (VZ) (Y) | | | | | | | | | |
| 115.  BLACKROCK ENHANCED EQ DIV TR (BDJ) | A | Dividend | J | T | | | | | |
| 116.  BLACKROCK ENHANCED INTL DIV TRST (BGY) | A | Dividend | J | T | | | | | |
| 117.  Brokerage #1 (H) | | | | | | | | | |
| 118.  US BANK INSURED DEPOSIT (cash) | A | Interest | J | T | | | | | |
| 119.  Brokerage #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perhach, Katherine M. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. ALLIANT ENERGY CORP (LNT) | A | Dividend | K | T | | | | | |
| 121. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 122. KRAFT HEINZ CO (KHC) | A | Dividend | J | T | | | | | |
| 123. MGE ENERGY INC (MGEE) | A | Dividend | K | T | | | | | |
| 124. MONDELEZ INTERNATIONAL (MDLZ) | A | Dividend | J | T | | | | | |
| 125. PHILIP MORRIS INTL INC (PM) | B | Dividend | K | T | | | | | |
| 126. SENSIENT TECHNOLOGIES (SXT) | A | Dividend | K | T | | | | | |
| 127. 529 #1 (H) | | | | | | | | | |
| 128. Edvest Age-Based Option 15 Investment Option 3405 | | None | K | T | | | | | |
| 129. 529 #2 (H) | | | | | | | | | |
| 130. Edvest Large-Cap Stock Index Portfolio Investment Option 3438 | | None | L | T | | | | | |
| 131. 529 #3 (H) | | | | | | | | | |
| 132. Edvest Large-Cap Stock Index Portfolio Investment Option 3438 | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Perhach, Katherine M.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, line 7: Land in Watertown, WI.

Trust #1 in the initial report is now Brokerage #1. Trust #2 has been changed to Trust #1 and Trusts #3 and #4 were merged in this cycle and are now referred to as Trust #2.

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** **s/ Katherine M. Perhach**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544